IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Timothy R. Flaherty,<br><br>    Defendant. | Criminal No. 15cr-10127 |

## GOVERNMENT'S MOTION TO SEAL
## INDICTMENT AND ARREST WARRANT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment and arrest warrant be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment and arrest warrant unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Robert A. Fisher
Assistant U.S. Attorney

Date:  May 26, 2015