AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

2015 MAY 26 P 2: 12

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Timothy R. Flaherty | ) | Case No. 15cr 10127 MLW |
| | ) | (DLC) |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Timothy R. Flaherty
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Date: 05/26/2015

*Kellyann Moore*
Issuing officer's signature

Deputy Clerk
~~Hon. Donald L. Cabell, United States Magistrate Judge~~
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* 5/26/15, and the person was arrested on *(date)* 5/27/15
at *(city and state)* Boston, Massachusetts

Date: 5/27/15

*Arresting officer's signature*

Matthew Litt, Special Agent FBI
*Printed name and title*