*Phone Call - 5/6/2015, 4:43pm*

**Reda**: Hey Tim, how you doing?
**Flaherty**: Reda, how are you, my man?
**Reda**: Good, how are you?
**Flaherty**: Good, you working tonight in the car?
**Reda**: Yeah, I just got to work – I got a call from the DA's office.
**Flaherty**: Okay.
**Reda**: They said that there's a court hearing coming up, they're going to send me some kind of letter.
**Flaherty**: Yeah, okay.
**Reda**: Alright, what do you want me to do there?
**Flaherty**: Just, you know, what you say to them – Let them send the letter to you and say "look, I have no interest in this. I'd have to come to court, I really don't want anything to do with it. Um, you know the guy had a bad day and I'm just not going to testify again. Okay, thanks very much." I would just do that and they won't press you, they won't subpoena you – if they try to, just duck it and if they do subpoena you, then call me again but just say "look, I don't want anything to do with this, I can't take the time off of work, I'm not coming to court, I just – you know, I don't want anything bad to happen, the guy just don't care. He had a bad day and chock it up for what it is.
**Reda**: Okay.
**Flaherty**: You know, give them one of those and just blow them off. Alright?
**Reda**: Alright, and a few days ago, I woke up and there was a voicemail from some lady and she said she's from the US Attorney's Office (**Flaherty**: Oh yeah?) and she wants me to call her back.
**Flaherty**: About what? About this?
**Reda**: I guess, yeah, basically. Nicole something, that was her name. She said about what happened, this and that, and to give me a call back.
**Flaherty**: Blow her off.
**Reda**: I did not give her a call back but, you know, I'm not sure what you want me to do there.
**Flaherty**: Yeah, ignore her, you don't have any obligation to talk to her. Ignore that. Do you remember what her name was?
**Reda**: I don't remember the last name, but she was from, what is it, you know like the Civil Rights, stuff like that?
**Flaherty**: Yeah, yeah, I mean what they do sometimes is they take statistics of complaints. But, I wouldn't worry about it. You know, this is not a federal case, I wouldn't even get involved in that shit. They cover their asses for all this stuff.
**Reda**: Do I have to call her back or not?

3

**Flaherty**: Nah, you don't have to call her back. Reda, if I were you, I wouldn't even want the US Attorney's Office knowing my name, or my number. Stay as far away from them as you can, you don't want those fucking people in your business. Between you and me, the federal government, they try and justify their existence but I would totally stay away from them.
**Reda**: Okay, alright.
**Flaherty**: Yeah, you're a self-employed guy, just don't even fuck around with them.
**Reda**: Alright, makes sense.
**Flaherty**: If you've got any issues, always call me on this line, alright?
**Reda**: Yeah if anything happens or if anything comes up, I'll give you a call.
**Flaherty**: Yeah, but just call the DA back, you know, give it a day or two, call them back, say "look, I appreciate it" – or once you get the letter, say "I can't come to court that day, I just have no interest, I don't want to go forward – you know, a guy had a bad day and I really don't care." Alright?
**Reda**: Okay, alright, makes sense.
**Flaherty**: Okay, thanks for the call – I'll be talking to you. Take care, good luck tonight.
**Reda**: Alright, thanks, yep.