## Transcript of Phone Call Between
## Tim Flaherty and Reda Bichri on May 21, 2014 at 4:03 p.m.

Flaherty:   Reda.

Bichri:   Hey Tim, how you doing?

Flaherty:   Good! How you doing?

Bichri:   Good, good.

Flaherty:   That's good.

Bichri:   …Busy?

Flaherty:   Ah, yeah, just a, you know --no big deal.  In the middle of something.  What's going on with you?

Bichri:   Not much, so I received a voicemail…

Flaherty:   Yeah?

Bichri:   Uh- somebody left me a voicemail.  Goes by the name, Matt Ott?

Flaherty:   Matt Hott?

Bichri:   of..yeah, he said he's from the FBI, he wants to talk to me about, Ralph's case.

Flaherty:   Yeah?

Bichri:   I did not, I didn't call him back.  So I wasn't sure what to do.  I just want to let you know.

Flaherty:   Okay.

Bichri:   I wasn't…

Flaherty:   Yeah.  You-you are under no obligation to call him back.

Bichri:   Okay.

Flaherty:   You're under no obligation.

Bichri:   Alright, I just wanted to make sure.

Flaherty:   Yup

Flaherty:   Hey what's your citizenship by the way?

Bichri: I'm sorry?

Flaherty: Are you-are you a United States citizen? You don't have any immigration issues right?

Bichri: No, No. I'm an American Citizen, yeah.

Flaherty: Yeah, ok. Yeah, you've got no obligation to call this guy back.

Bichri: Okay. Yeah, becau---

Flaherty: You have no obligation.

Bichri: Cause, because I did not call that - - I'm not sure if this is a follow-up. I did not call that lady back the first time a couple weeks ago.

Flaherty: Yeah.

Bichri: So I wasn't sure.

Flaherty: and Reda, you have a right, like every single witness has, to anything to just say, "I really don't want to talk to you about this. I just don't - - I don't want to talk about it.' Simple. End of story. Okay?

Bichri: Okay

Flaherty: You don't have to say anything else. That's your right.

Bichri: Okay. So…

Flaherty: Alright? Don't let anybody push you here.

Bichri: So, so, so, so should I call them back or no?

Flaherty: No, don't call them back.

Bichri: Okay. Alright. Okay. Alright, sounds good.

Flaherty: Alright, man?

Bichri: If there's anything else I'll call you. I'll let you know.

Flaherty: Okay. Alright, thanks buddy.

Bichri: Alright, take care.

Flaherty: Thank you for the call. Talk to you later.

Bichri: No problem. Bye.