Exhibit I:

Disc with video clip submitted to the Clerk's Office