UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 15-10127-MLW |
| | ) | |
| TIMOTHY R. FLAHERTY, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE LATE ITS RESPONSE TO
DEFENDANT'S MOTION FOR SUPPLEMENTARY DISCOVERY

The United States hereby requests leave of the Court to file late its Response to

Defendant's Motion For Supplementary Discovery.  As grounds therefor, the government

submits that due to scheduled vacations of government counsel and participation and preparation

for the Pan Mass Challenge, government counsel were unable to prepare an adequate response

until this date.

Counsel for the defendant does not oppose this motion, and it is hoped that the late filing

would not unduly inconvenience the Court in relation to the hearing scheduled for August 19,

2015.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   *S. Theodore Merritt*
ROBERT A. FISHER
S. THEODORE MERRITT
Assistant U.S. Attorneys

Date: August 12, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ S. Theodore Merritt
S. Theodore Merritt
Assistant United States Attorney