# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 15-10127-MLW |
| | ) | |
| TIMOTHY R. FLAHERTY, | ) | |
| | ) | |
| Defendant. | ) | |

Declaration of Assistant U.S. Attorney  Fred M. Wyshak, Jr.

I, Fred M. Wyshak, Jr., pursuant to 28 USC §1746, declare and say,

1.      I am an Assistant United States Attorney in the District of Massachusetts.  I have been so
employed since 1989.  I am currently the Chief of the Public Corruption and Special
Prosecutions Unit ("PCU") in the U.S. Attorney's Office, and have acted in that capacity since
approximately January 2014.  Included among the crimes that this unit investigates and
prosecutes are those related to violations of a private citizen's civil rights.

2.      On December 23, 2014, PCU received information regarding a civil rights and witness
tampering case involving an individual named Ralph Feinberg, who apparently had a lengthy
criminal record and had just finished a term of federal probation, and attorney Tim Flaherty, who
was attempting to pay off the victim to drop the state case against Feinberg.  This matter was
accepted for investigation at that time for potential violations of any federal civil rights or
witness tampering laws.

3.      A check of the Department of Justice's case management system indicates that the

investigation of Feinberg and Flaherty was officially opened on December 24, 2014.


I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: August 11, 2015

Fred M. Wyshak, Jr.
Assistant U.S. Attorney