UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) Case No.: 15-10127-MLW <br> ) |
| v. | ) <br> ) |
| TIMOTHY R. FLAHERTY, | ) <br> ) <br> ) |
| Defendant. | ) |

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER
## THE SPEEDY TRIAL ACT

The United States of America, with the assent of defense counsel in the above-captioned matter, respectfully moves for exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 29, 2016, through and including the date of the next status hearing on June 1, 2016.

As grounds therefor, the government states that the exclusion of time is in the interest of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Specifically, as described in court during a hearing on this date, the parties are actively taking steps towards resolving this matter short of trial.

Wherefore, the United States respectfully moves for the exclusion of time under the Speedy Trial Act from April 29, 2016, through and including June 1, 2016, because the ends of justice outweigh the interests of the defendant and the public in a speedy trial.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ William F. Bloomer*
William F. Bloomer
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ William F. Bloomer*
                                        William F. Bloomer
                                        Assistant U.S. Attorney

Dated: April 28, 2016