UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10127-MLW |
| | ) | |
| TIMOTHY R. FLAHERTY | ) | |

### DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses the Indictment in this matter, charging defendant Timothy R. Flaherty with one count of witness tampering in violation of 18 U.S.C. § 1512(b)(3). In support of this dismissal, the government states that, in accordance with a written plea agreement between the parties, the defendant has pled guilty in Middlesex Superior Court to one count of disrupting a court proceeding in violation of G.L. c. 268, § 13; he has received a sentence of one year probation with a condition of that probation being that he refrain from the practice of law for a period of one year; and, he has been suspended from the practice of law by the Massachusetts Board of Bar Overseers for a period of one year and a day, effective July 29, 2016. Accordingly, the dismissal is in the interests of justice.

Respectfully submitted,

8/16/16
Date

CARMEN M. ORTIZ
United States Attorney

William F. Bloomer
Assistant U.S. Attorney

Leave to File Granted:

Honorable Mark L. Wolf
United States District Judge

September 15, 2016